UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 25-02846-MRA (KESx) | Date | March 30, 2026 |
| Title | Orkideh Tavassol v. Marco Rubio et al | | |

PRESENT:

**HONORABLE MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Melissa H. Kunig | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

This action was filed on December 29, 2025. On March 11, 2026, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before March 18, 2026, why this action should not be dismissed for lack of prosecution [13]. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The court hereby orders all deadlines and hearings in the case vacated and taken off calendar.

The Court's Order to Show Cause is hereby **DISCHARGED.**

- : -

Initials of Deputy Clerk mku